UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA :

    - v. -  :

RASHAUN McKAY, :

               Defendant. :
- - - - - - - - - - - - - - - - -X

**ORDER**

18 Cr. 339 (PAC)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 26, 2019;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;



IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:  New York, New York
        Dated: ~~October~~ __, ~~2019~~
        January 22, 2020

SO ORDERED:

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK