UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                                             :

UNITED STATES OF AMERICA,         :

    -v-                                        :

RASHAUN MCKAY,                     :           18 Cr. 339 (PAC)

          *Defendant.*              :
                                                          :           **ORDER**
------------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

    IT IS HEREBY ORDERED:

    Stephen Turano is appointed to represent Rashaun McKay as CJA counsel, *Nunc Pro Tunc* August 24, 2020.

    The Clerk of the Court is directed to terminate Docket 324.

Dated: New York, New York           SO ORDERED
       August 24, 2020

                                                            _____
                                                            PAUL A. CROTTY
                                                            United States District Judge